UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JAN 30 2007
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 06-40064-01 |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER BLAINE MILLS, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A bond violation hearing was held on Tuesday, January 30, 2007. Defendant denied the allegations. Based on the testimony and evidence received at the hearing, the government has proven defendant has violated the conditions of his release. After considering the entire file herein, it is hereby

ORDERED that the release order shall be continued in full force and effect with the following additional condition of release:

> The defendant shall be referred to the work release program to determine if he/she meets eligibility requirements. The defendant shall abide by all rules of said program. In the event work release officials determine the defendant has violated work release rules and revoke his/her work release privileges, the defendant's federal pretrial release order will be revoked. The defendant shall pay all or part of the cost of the work release program based upon his/her ability to pay as determined by the probation office.

Dated this 30 day of January, 2007.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By _Shelly Margulies_, Deputy
(SEAL)