UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
FEB 14 2007

---

UNITED STATES OF AMERICA,

        Plaintiff,        CR 06-40064-01

vs.

                            ORDER

CHRISTOPHER BLAINE MILLS,

        Defendant.

---

Based upon Plaintiff's Motion, citing the interests of justice, and good cause showing, it is hereby

ORDERED that the Indictment in this case is dismissed without prejudice.

Dated this 14th day of February, 2007.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Court Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: /s/ Shelly Margulies
     Deputy

(Seal)